Cite as 2026 Ark. 86
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE JUDICIAL DISCIPLINE AND DISABILITY COMMISSION CASES | **Opinion Delivered:** April 23, 2026 |
| | ORDER TO APPEAR AND SHOW CAUSE. |

**PER CURIAM**

On December 11, 2025, we issued a per curiam opinion directing the Judicial Discipline and Disability Commission (the Commission) to provide us with records concerning its pending and recently closed investigations. *In re Judicial Discipline and Disability Commission Cases*, 2025 Ark. 223, at 1–3. Specifically, the opinion "order[ed] the Executive Director of the Commission to provide us with[,]" among other things, "a comprehensive list of *every* complaint made to the Commission" since January 1, 2023. *Id*. at 2 (emphasis added). These records were originally due no later than January 26, 2026. Despite receiving three extensions, which doubled the time originally given to satisfy the request, the Executive Director has still failed to fully comply with our order. Specifically, she has failed to provide any records related to, or summaries of, pending and open investigations. We note that no objection has been filed related to the order to provide these records, and no relief has been granted that would excuse the failure to file them as ordered. Neither has any explanation been provided to this court for the failure to comply with our order.

Therefore, we order the Executive Director, Emily Abbott, to appear before this court and show cause why she should not be held in contempt or otherwise sanctioned for her refusal to comply with our December 11th order. A show-cause hearing will be held in the Supreme Court courtroom on May 21, 2026, at 10:00 a.m. If the Executive Director wishes to file a written response in addition to her in-person appearance, the written response is due no later than 4:00 p.m. on May 11, 2026. A written response, however, does not relieve the Executive Director of the requirement that she appear at the show-cause hearing. Failure to appear will result in a default finding of contempt and appropriate sanctions being implemented.

It is so ordered.